NUMBER
13-01-253-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

___________________________________________________________________

 

JIMMY R. BEAUMONT,                                                         Appellant,

 

                                                   v.

 

WEST ORANGE-COVE CONSOLIDATED 

INDEPENDENT
SCHOOL DISTRICT, ET AL.,                             Appellees.

___________________________________________________________________

 

                        On
appeal from the 128th District Court

                                  of Orange County, Texas.

__________________________________________________________________

 

                          MEMORANDUM
OPINION

 

                  Before
Justices Dorsey, Hinojosa, and Rodriguez

                                Opinion
by Justice Rodriguez

 








Appellant, Jimmy R. Beaumont, brings this appeal following a
default judgment against him for delinquent property taxes owed on several
parcels of real estate.  By four points
of error, Beaumont contends his constitutional right to due process was
violated due to the addition of interest, penalties, and attorney fees to his
back taxes.  We affirm.  

As this is a memorandum opinion not designated for publication,
and the parties are familiar with the facts, we will not recite them here.  See Tex.
R. App. P. 47.1.

A party to a lawsuit is required to file a motion for new trial
if he intends to appeal a point on which evidence must be heard, including a
failure to set aside a default judgment. 
See Tex. R. Civ. P. 324(b)(1).  According to
the record on appeal, Beaumont did not file a motion for new trial in
accordance with rule 324(b)(1).  Additionally, critical facts pertaining to
Beaumont=s argument
regarding the constitutionality of the added interest, penalties, and attorney
fees are missing due to his failure to file a motion for new trial.  Therefore, due to this failure, Beaumont has
waived his right to complain on appeal.  See
Tex. R. Civ. P. 324(b)(1).  

Accordingly, the trial court=s judgment is affirmed.

NELDA
V. RODRIGUEZ

Justice

 

Do not
publish.

Tex.
R. App. P.
47.3.

 

Opinion delivered and
filed

this 3rd day of July,
2002.